**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1237

_____

DEATH AND TAXES LLC, d/b/a Death & Taxes and Bridge Club; ASPIC, INC., d/b/a Poole's Diner; ABC CORNERSHOP, INC., d/b/a Beasley's Chicken + Honey, Chuck's Burgers and Fox Liquor Bar; POOLE'SIDE, LLC, d/b/a Poole'side Pies; AUX KITCHEN LLC,

        Plaintiffs - Appellants,

    v.

THE CINCINNATI INSURANCE COMPANY,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:21-cv-00125-D)

_____

Submitted:  February 21, 2023                Decided:  February 23, 2023

_____

Before NIEMEYER and DIAZ, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

**ON BRIEF:** Gagan Gupta, Stuart M. Paynter, PAYNTER LAW FIRM, PLLC, Hillsborough, North Carolina, for Appellants.  Daniel G. Litchfield, Michael P. Baniak, Laurence J.W. Tooth, LITCHFIELD CAVO, LLP, Chicago, Illinois; Andrew A. Vanore, III, BROWN, CRUMP, VANORE & TIERNEY, PLLC, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Plaintiffs appeal the district court's order granting The Cincinnati Insurance Company's ("Cincinnati") Fed. R. Civ. P. 12(b)(6) motion to dismiss Plaintiffs' claims based on Cincinnati's denial of insurance benefits Plaintiffs assert Cincinnati owed them to cover losses they sustained during the COVID-19 pandemic. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See Death and Taxes LLC v. The Cincinnati Ins. Co.*, No. 5:21-cv-00125-D (E.D.N.C. Feb. 2, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*